IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal Case No. **3:12-CR-427-L (01)** |
| | § | |
| **SYLVESPA EUGENE ADAMS** | § | |

## ORDER

Before the court is the Petition for Hearing to Determine Rights and/or Proceeds as Relates to Seized and Forfeited Property (Doc. 722), filed June 9, 2014, which was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 14, 2014, recommending that the court deny as moot Defendant's petition in light of the parties' June 25, 2014 Stipulation (Doc. 729). No objections to the Report were filed. Having reviewed the petition, stipulation, file, record in this case, and Report, the court determines that the findings and conclusions are correct and **accepts** them as those of the court. Accordingly, the court **denies as moot** the Petition for Hearing to Determine Rights and/or Proceeds as Relates to Seized and Forfeited Property (Doc. 722).

**It is so ordered** this 17th day of December, 2014.

*[signature]*
Sam A. Lindsay
United States District Judge

Order – Solo Page